UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,         :
THOMPSON REAL ESTATE, LLC and            :    ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,      :
                                         :
                    Plaintiffs,          :
                                         :
          -v-                            :
                                         :
DEREK LEE and PEARL CHAN,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the February 10, 2023 conference is rescheduled to **February 14** at **2:30 P.M.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED:

Dated:    New York, New York
          February 8, 2023

                                    DENISE COTE
                          United States District Judge