**EXHIBIT B**

Civil Action No.    22-CV-01197

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tony Cardona, Hospital Admistrator, Blue Pearl Pet Hospital**
was recieved by me on  **12/15/2022:**

- [X]  I personally served the summons on the individual at **410 West 55th Street, New York, NY 10019** on **01/13/2023**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

- [ ]   I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   01/19/2023

*Server's signature*

**Avatar Neal**
*Printed name and title*

**12 Jumel Terrace
New York, NY 10032**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Tony Cardona, Hospital Admistrator, Blue Pearl Pet Hospital with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired male contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**




Tracking #: **0099336961**