**EXHIBIT C**

# Post BP and ASPCA visit with Dr. Alison Shea at Animal General

Dec 10, 2020 at 5:26pm

| | |
|---|---|
| **Subjective** | patient was hospitalized for severe toxin exposure 3-4 weeks ago at BP was then taken to ASPCA while an investigation was performed as patient tested positive for illegal drugs Owner reports that since coming home from ASPCA patient has been doing great- no CSVD no PuPd diet- Blue with OTC canned to get him to eat the medication Meds: Keppra, Vitamin K and Fish oil BAR |
| **Objective** | mm- pink/moist normal CRT - limited oral, muzzled EENT- no ocular/nasal d/c ears clear AU, H/L HR 120 no MA SSFP LCE normal RR and RE Abd- SNP no palpable abnormalities MSI- amb x 4 BCS 5/9 well muscled, 3/4 R MPL, could not appreciate an MPL on the left PLN-N Neuro-N Pain score 0/4 ASA score 1/6 |
| **Assessment** | 3 y/o MC Min Pin 1. recent severe toxin exposure- liver and kidney failure, seizures |
| **Plan** | Chem and SDMA to the lab |

Seen By

*[signature]*

Dr. Alison Shea