**EXHIBIT D**

## Patient History Report

| | | |
|---|---|---|
| **Client:** Schottenstein, Douglas | **Patient:** Ronny | **Breed:** Pinscher, Miniature |
| **Phone:** | **Species:** Canine | **Sex:** Neutered Male |
| **Address:** | **Age:** 5 Yrs. 4 Mos. | |
| New York, NY | **Color:** Brown | |

| Date | Type | Staff | History |
|---|---|---|---|

OWNER: Douglas Schottenstein
PHONE:
PATIENT: Ronny, Neutered Male, Pinscher, Miniature, 4 Yrs. 9 Mos.

**Presenting Complaint:**
Not improving since visit yesterday

**History:**
Ronny is a 4 year old male neutered miniature pinscher who represented to the Blue Pearl Veterinary Partners Emergency Service for not improving following his visit yesterday. Since he was here yesterday, he has not been interested in eating. He has been lethargic as well, but only mildly. He's still barking, sniffing, interested in hanging out in the kitchen. He's defecated a small amount of soft feces yesterday. He slept well last night. He has not vomited since his previous visit. He is the type of dog to try to eat things on walks, however he has no known history of dietary indiscretion. He has not received any medications since his previous visit. He eats Blue treats and food. He has a history of hospitalization for suspected toxic renal injury. He was seen by his primary veterinarian a week ago, at which time bloodwork was unremarkable. He receives fish oil daily and simparica trio but he missed this month. He also receives cosequin.

| Vital Sign | 5/4/2022 9:05 AM AHA |
|---|---|
| Weight | 3.7 kilograms |
| Temp | 102 |
| Pulse | 110 |
| Resp | 28 |
| Alert | BAR |
| Muc Memb | Pink/Healthy |
| CRT | <2 sec |

**Physical Examination:**
CRT: <2s. Gums: pink, moist
S: BAR, normal hydration
O:
Eyes: Grossly appropriate.
Ears: Unremarkable.
Nasal and Oral Cavity: No nasal discharge. Mild dental tartar/periodontal disease.
PLN: WNL
Heart/Lungs: No murmurs or arrhythmias. Pulses strong and synchronous. Eupneic, lungs clear.
Abd: Soft, non-painful. No palpable masses.
U/G: Normal external genitalia. No discharge.
Musculoskeletal: Ambulatory x 4 with no appreciable lameness. BCS = 5/9
Integument: Appropriate haircoat.
Neuro: Appropriate mentation.
Rectal: Not performed, normal feces on thermometer.

B:Billing, C:Med note, CB:Call back, CK:Check-in, CM:Communications, D:Diagnosis, DH:Declined to history, E:Examination, ES:Estimates, I:Departing instr, L:Lab result, M:Image cases, P:Prescription, PA:PVL Accepted, PB:problems, PP:PVL Performed, PR:PVL Recommended, R:Correspondence, T:Images, TC:Tentative medl note, V:Vital signs