```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :     22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,          :
THOMPSON REAL ESTATE, LLC, and            :        ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,       :
                                          :
                       Plaintiffs,        :
              -v-                         :
                                          :
DEREK LEE, PEARL CHAN, and KONG H.        :
CHAN                                      :
                                          :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 1, 2023, defendant Kong Chan moved for judgment on the pleadings, as to all claims against him, pursuant to Fed. R. Civ. P. 12(c). On March 29, plaintiffs filed an opposition to Kong Chan's March 1 motion, and sought leave to amend the complaint pursuant to Fed. R. Civ. P. 15(a). Plaintiffs' proposed second amended complaint alleges as against Kong Chan a claim for conversion only. Accordingly, it is hereby

ORDERED that by April 14, 2023, plaintiffs and defendant Kong Chan shall meet and confer to determine whether they can provide a joint stipulation to the Court resolving these two motions.

Dated:    New York, New York
          April 7, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge