# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

May 23, 2023

Judge Denise L. Cote
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Schottenstein, M.D. et al v. Lee et al*, Case No. 1:22-cv-01197-DLC
Request for Modification of Pretrial Scheduling Order

Dear Judge Cote,

I am aware there is a mediation session currently scheduled for May 25, 2023 in the above matter. I am requesting a modification to the pretrial scheduling order. My office is still reviewing the voluminous discovery package we were provided in late April. We have also been informed that there is more discovery yet to come.

Starting May 30, 2023, I am on for trial in the 2018 homicide case of incarcerated defendant Alexander Williams in Kings County Supreme Court. The trial was originally scheduled for early May but has suffered delays while waiting for the district attorney's office to gather a number of now-retired police witnesses. That trial is expected to run until June 23.

Based on the foregoing, I request modification of the pretrial scheduling order to reschedule mediation for the week of June 26 or thereafter. The plaintiff and mediator both consent to this modification.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Approved.
/s/ Denise Cote
5/23/23

*Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Derek Lee & Pearl Chan***