UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

D R. DOUGLAS SCHOTTENSTEIN, M.D.,
THOMPSON REAL ESTATE, LLC, and
SCHOTTENSTEIN PAIN AND NEURO, PLLC,,

                    Plaintiff,                  22 **CIVIL** 1197 (DLC)

     -against-                               **JUDGMENT**

DEREK LEE, PEARL CHAN, and
KONG H. CHAN,

                    Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated July 6, 2023, Kong's March 1, 2023, motion for judgment on the pleadings as to all claims against him is granted. for leave to amend the FAC is denied. Plaintiffs' request for leave to amend the FAC is denied.

**Dated:**  New York, New York
         July 7, 2023

                                                          **RUBY J. KRAJICK**

                                                  _____
                                                              **Clerk of Court**

                        **BY:**     _____
                                                               **Deputy Clerk**