```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :   22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,        :
THOMPSON REAL ESTATE, LLC and           :        ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,     :
                                        :
                      Plaintiffs,       :
                                        :
            -v-                         :
                                        :
DEREK LEE and PEARL CHAN,               :
                                        :
                      Defendants.       :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

On August 14, 2023, the defendants filed a letter motion seeking a stay of this action pending the resolution of a related arbitration by the plaintiffs against Citibank. This application is not brought by notice of motion, nor is it supported by a memorandum of law. Moreover, it is brought on the eve of the deadline to file summary judgment motions or a Joint Pretrial Order, i.e. August 18. An Order of April 24 noted that the August 18 deadlines are firm. Accordingly, it is hereby

ORDERED that the defendants' letter application for a stay

is denied.

Dated:     New York, New York
           August 15, 2023

                          _____
                                    DENISE COTE
                          United States District Judge