```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,         :
THOMPSON REAL ESTATE, LLC and            :         ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,      :
                                         :
                         Plaintiffs,     :
                                         :
            -v-                          :
                                         :
DEREK LEE and PEARL CHAN,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated September 11, 2023, it is hereby

ORDERED that the parties shall confer in good faith, in person or by telephone, in an effort to resolve the dispute.

IT IS FURTHER ORDERED that if the dispute remains unresolved, any responsive letter by the defendants is due September 14, 2023.

Dated:    New York, New York
          September 12, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge