UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DR. DOUGLASS SCHOTTENSTEIN, M.D., THOMPSON
REAL ESTATE, LLC, and SCHOTTENSTEIN PAIN
AND NEURO, PLLC D/B/A NY SPINE MEDICINE,

                22-cv-01197 (DLC)

        Plaintiffs,

                **DECLARATION IN**
    -against-              **OPPOSITION**

DEREK LEE, PEARL CHAN, and JOHN AND JANE
DOES 1-10,

        Defendants.
------------------------------------------------------------------------X

    **JEFFREY CHABROWE**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the forgoing is true and correct as follows:

1. I am an attorney admitted to practice law in the Southern District of New York, and I represent the Defendants in this matter. As such, I am fully familiar with the facts and circumstances below.

2. I submit this Declaration on behalf of Defendants Derek Lee and Pearl Chan in support of their Opposition to Plaintiffs' Motion for Partial Summary Judgment.

3. Affidavit of Pearl Chan, **Exhibit A.**

4. Excerpts of Deposition Testimony of Pearl Chan, **Exhibit B.**

5. Affidavit of Derek Lee, **Exhibit C.**

6. Excerpts of Deposition Testimony of Derek Lee, **Exhibit D.**

7. JAMS Protective Order, **Exhibit E**.

8. Text Re. 700K, DEF-00226, **Exhibit F.**

9. Test Re. 550K, DEF-00215, **Exhibit G.**

10. Text Re. Amex Use, DEF-00133, **Exhibit H.**

11. Bank Statement Showing $100k HIPPA Payment, DEF-00231, **Exhibit I.**

12. Schottenstein-Chan Cash Text, **DEF-00169, Exhibit J.**

13. February 6, 2020, Email, **Exhibit K.**

14. Defendants' Responses to Request for Admissions, **Exhibit L.**

15. Text Message, DEF-00213, **Exhibit M.**

16. Photos Sent by Schottenstein, **Exhibit N.**

Dated: New York, New York
September 15, 2023

Respectfully Submitted,

The Law Office of Jeffrey Chabrowe, P.C.
By:

_____/s_____
Jeffrey Chabrowe, Esq.
The Law Office of Jeffery Chabrowe, P.C.
Attorney(s) for the Defendants
521 5th Avenue, 17th FL
New York, New York 10017
T: (917) 529-3921
E: Jeff@chabrowe.com