```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,      :
THOMPSON REAL ESTATE, LLC and         :   ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,   :
                                      :
                    Plaintiffs,       :
                                      :
               -v-                    :
                                      :
DEREK LEE and PEARL CHAN,             :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

By letter dated September 20, 2023, the plaintiffs seek to seal eight documents that the defendants filed publicly on September 15. The documents were filed as attachments to the Declaration of Jeffrey Chabrowe, counsel for the defendants, in support of the defendants' opposition to the plaintiffs' pending motion for summary judgment. Three of the documents (Exhibits B, D, and N) include material that the Court previously granted to be maintained under seal on August 15, at the request of the defendants. Accordingly, it is hereby

ORDERED that, by **October 10, 2023,** Jeffrey Chabrowe shall show cause why he should not be sanctioned pursuant to this Court's inherent power for filing on the public docket documents previously ordered to be filed under seal.

IT IS FURTHER ORDERED that the Clerk of Court is directed to restrict access to Exhibits A, B, C, D and N of the Declaration of Jeffrey Chabrowe (ECF No. 92) to the selected party viewing level.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding proposed redactions to Exhibits A - D of the Declaration of Jeffrey Chabrowe.  By **October 10, 2023,** the parties shall file letters to advise the Court of any disputes related to the proposed redactions that remain unresolved.

IT IS FURTHER ORDERED that, by **October 20, 2023,** plaintiffs shall re-submit their request to file the documents under seal.  The request shall be made in a manner that is compliant with the Southern District of New York ECF Rules and Instructions and this Court's Individual Practices.  The request shall include proposed findings that support the request.  The plaintiffs shall also consult the Court's Order of August 10, detailing the presumption of public access to judicial documents.

Dated:   New York, New York
         October 2, 2023

_____
DENISE COTE
United States District Judge