UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DR. DOUGLASS SCHOTTENSTEIN, M.D., THOMPSON
REAL ESTATE, LLC, and SCHOTTENSTEIN PAIN
AND NEURO, PLLC D/B/A NY SPINE MEDICINE,

                22-cv-01197 (DLC)

        Plaintiffs,

                **DECLARATION IN**
    -against-            **RESPONSE**

DEREK LEE, PEARL CHAN, and JOHN AND JANE
DOES 1-10,

        Defendants.
------------------------------------------------------------------------X

**JEFFREY CHABROWE**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the forgoing is true and correct as follows:

1. I am an attorney admitted to practice law in the Southern District of New York, and I represent the Defendants in this matter. As such, I am fully familiar with the facts and circumstances below.

2. I submit this Declaration in Response on behalf of Defendants Derek Lee and Pearl Chan in response to the Court's October 2, 2023, Order to Show Cause.

3. JAMS Protective Order, **Exhibit A.**

4. Tables Showing Deposition Excerpts Filed on Both 8/14/2023 and 9/15/2023, **Exhibit B.**

5. Table Showing Defendants' Reckless Filings, **Exhibit C.**

6. Chabrowe Deposition of Facts, **Exhibit D.**

7. Table Showing Total Deposition Excerpts for Lee and Chan filed 9/15/2023, **Exhibit E**.

Dated: New York, New York  
      October 10, 2023

Respectfully Submitted,

The Law Office of Jeffrey Chabrowe, P.C.  
By:

_____/s_____  
Jeffrey Chabrowe, Esq.  
The Law Office of Jeffery Chabrowe, P.C.  
Attorney(s) for the Defendants  
521 5th Avenue, 17th FL  
New York, New York 10017  
T: (917) 529-3921  
E: Jeff@chabrowe.com