**EXHIBIT B**

| Lee Deposition Excerpts Filed Both 8/14/23 and 9/15/23 | Does Page Contain Responsive Testimony to a Document Marked "Confidential?" | Nature of the Testimony |
|---|---|---|
| | | |
| p. 1 | No | |
| p. 13 | No | |
| p. 14 | No | |
| p. 18 | Yes | Answers in response to payroll records. Plaintiffs posted same records at DCKTS. 84-9 and 84-10. |
| p. 19 | Yes | Answers in response to payroll records. Plaintiffs posted same records at DCKTS. 84-9 and 84-10. |
| p. 29 | No | |
| p. 34 | No | |
| p. 35 | No | |
| p. 49 | No | |
| p. 50 | No | |
| p. 54 | No | |
| p. 55 | Yes | Email Address of Former Employee Cara Camden revealed. Plaintiffs posted same email address at DCKT. 83-3. |
| p. 56 | Yes | Exhibit offered to show Schottenstein's private logins and passwords were shared with Lee; None of the passwords or logins are |

|  |  | mentioned in the record. |
| --- | --- | --- |
| p. 61 |  | No. |
| p. 62 |  | No. |
| p. 65 |  | No. |

| Chan Deposition Excerpts Filed Both 8/14/23 and 9/15/23 | Does Page Contain Responsive Testimony to a Document Marked "Confidential?" | Nature of the Testimony |
|---|---|---|
| p. 1 | No | |
| p. 15 | No | |
| p. 16 | No | |
| p. 17 | No | |
| p. 22 | No | |
| p. 23 | No | Responsive testimony to a document not marked confidential for the proposition that Chan took over Schottenstein's mortgage payments after Cara Camden left the practice. Nothing about that is confidential, and Plaintiffs made the same allegation in other public filings (See DCKT. 82-8, Rule 56.1 Statement, ¶¶ 3-5; DCKT. 82-2. |
| p. 25 | No | |
| p. 26 | Yes | Exhibit offered to show Schottenstein's private logins and passwords were shared with Chan; None of the passwords or logins are |

| | | |
|---|---|---|
| | | mentioned in the record. |
| p. 27 | Yes | Exhibit offered to show Schottenstein's private logins and passwords were shared with Chan; None of the passwords or logins are mentioned in the record. |
| p. 38 | No | |
| p. 40 | No | |
| p. 42 | No | |
| p. 46 | No | |
| p. 47 | No | |
| p. 51 | No | |
| p. 52 | No | |
| p. 99 | No | Audio played but not transcribed in the record. Sole question was whether the voice on the recording belonged to Schottenstein. |
| p. 100 | No | |
| p. 101 | No | |
| p. 102 | No | |
| p. 103 | No | |
| p. 104 | No | |
| p. 105 | No | |
| p. 106 | No | |
| p. 107 | No | |