# EXHIBIT C

| Plaintiffs' Docket Filings | Total Pages | Marked "Confidential" | Unredacted Financial Account Numbers in Violation of ¶7 of Protective Order and/or FRCP 5.2 | Pages in Compliance w/Protective Order and/or FRCP 5.2 |
|---|---|---|---|---|
| 83-3 | 42 | pp. 1-6 | pp. 1-42 | 0 |
| 83-4 | 30 | pp. 1-2 | pp. 1-30 | 0 |
| 84-3 | 187 | pp. 1-187 | | 0 |
| 84-4 | 250 | pp. 1-250 | | 0 |
| 84-5 | 74 | | pp. 1-74 | 0 |
| 84-6 | 116 | | pp. 1-116 | 0 |
| 84-7 | 216 | | pp. 1-216 | 0 |
| 84-8 | 70 | | pp. 1-70 | 0 |
| 84-9 | 13 | pp. 1-13 *Also originally posted with unredacted social security numbers (see DCKT. 85) | | 0 |
| 84-10 | 7 | pp. 1-7 *Also originally posted with unredacted social security numbers (see DCKT. 85) | | 0 |
| 84-11 | 3 | pp. 1-3 | | 0 |
| DCKTS. 82-84 Totals | 1240 | 468 | 548 | 232/1240 *19% Compliance *81% Non-compliance *w/adjustments for pages marked both confidential and |

| | | | | with unredacted financial account numbers. |
|---|---|---|---|---|