```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,          :
THOMPSON REAL ESTATE, LLC and             :        ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,       :
                                          :
                        Plaintiffs,       :
                                          :
              -v-                         :
                                          :
DEREK LEE and PEARL CHAN,                 :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

By letter dated September 20, 2023, the plaintiffs sought to seal eight documents that the defendants filed publicly on September 15. The documents were filed as attachments to the Declaration of Jeffrey Chabrowe, counsel for the defendants, in support of the defendants' opposition to the plaintiffs' pending motion for summary judgment. On October 2, this Court ordered the Clerk of Court to restrict access to five of the exhibits and ordered the plaintiffs to re-submit their request to file the documents under seal, or to propose redactions, in a manner that is compliant with the Southern District of New York ECF Rules and Instructions and this Court's Individual Practices.

On October 21, the plaintiffs filed a memorandum of law in support of their sealing request and proposed redactions for the

exhibits. Having reviewed the plaintiffs' submissions, it is hereby

ORDERED that Exhibits A, B, C, D and N of the Declaration of Jeffrey Chabrowe (ECF No. 92) shall remain restricted to the selected party viewing level.

IT IS FURTHER ORDERED that, by **November 10, 2023**, the defendant shall publicly re-file Exhibits A, B, C, D and N, with the following approved redactions:

- **Exhibit A**: ¶¶5, 6, 18, 23, and 24.
- **Exhibit B**: 47:2-47:3; 71:19-71:21; 71:24-72:5; 100:8-100:14; 102:22-103:6; 103:8-103:12; 105:21-107:16.
- **Exhibit C**: ¶¶4 and 5.
- **Exhibit D**: 22:11-22:14; 50:20-24.
- **Exhibit N**: full redaction of all photos.

In accordance with this Court's Individual Practices, the documents must be electronically filed through the ECF system and related to the defendants' September 15 motion.

Dated:  New York, New York
        October 31, 2023

                                       _____
                                              DENISE COTE
                                       United States District Judge