```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,          :
THOMPSON REAL ESTATE, LLC and             :   ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,       :
                                          :
                        Plaintiffs,       :
                                          :
             -v-                          :
                                          :
DEREK LEE and PEARL CHAN,                 :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    An Order of October 2, 2023, required counsel for the defendants, Mr. Chabrowe, to "show cause why he should not be sanctioned pursuant to this Court's inherent power for filing on the public docket documents previously ordered to be filed under seal" (the "Order to Show Cause"). Mr. Chabrowe has responded to the Order to Show Cause by arguing that he was unaware of the Court's prior Order to seal the document. Accordingly, it is hereby

    ORDERED that a hearing is scheduled for December 8, 2023 at 10:00 AM in Courtroom 18B, 500 Pearl Street. Mr. Chabrowe shall appear to show cause why he should not be sanctioned for twice filing on the public docket sexually suggestive photographs of

the plaintiff, including photographs of the plaintiff nude or semi-nude.

Dated: New York, New York
December 5, 2023

                              _____
                                         DENISE COTE
                              United States District Judge