```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22cv1197 (DLC)
DR. DOUGLAS SCHOTTENSTEIN, M.D.,     :
THOMPSON REAL ESTATE, LLC and        :         ORDER
SCHOTTENSTEIN PAIN AND NEURO, PLLC,  :
                                     :
                        Plaintiffs,  :
                                     :
             -v-                     :
                                     :
DEREK LEE and PEARL CHAN,            :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On December 5, 2023, an Opinion and Order was issued denying the plaintiffs' motion for partial summary judgment. Accordingly, it is hereby

ORDERED that the parties will be referred to mediation to occur in **January 2024**. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by **February 16, 2024**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive

papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

IT IS FURTHER ORDERED that the case is placed on the **March 2024** trial ready calendar.

Dated:    New York, New York
          December 5, 2023

_____
DENISE COTE
United States District Judge

2