```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DR. DOUGLAS SCHOTTENSTEIN, M.D.,        :
THOMPSON REAL ESTATE, LLC and           :
SCHOTTENSTEIN PAIN AND NEURO, PLLC,     :        22cv1197
                                        :
                    Plaintiffs,         :        ORDER
                                        :
          -v-                           :
                                        :
DEREK LEE and PEARL CHAN,               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 23, 2024, the plaintiffs filed a motion for leave to amend their complaint. The Joint Pretrial Order in this case is due on February 16. It is hereby

ORDERED that the defendants shall file any opposition to the motion for leave to amend the complaint by February 2, 2024. Plaintiffs' reply, if any, is due February 6, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          January 24, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge