UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
DR. DOUGLAS SCHOTTENSTEIN, M.D.,     :
THOMPSON REAL ESTATE, LLC, and       :
SCHOTTENSTEIN PAIN AND NEURO, PLLC,  :        22cv1197 (DLC)
                                     :
                    Plaintiffs,      :            ORDER
                                     :
            -v-                      :
                                     :
DEREK LEE and PEARL CHAN,            :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    The above-captioned matter is on the March 18, 2024 trial-

ready calendar.  Accordingly, it is hereby

    ORDERED that the final pretrial conference is scheduled for

**March 12, 2024 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Please refer to this Court's Individual Practices in Civil Cases

for all pretrial filing deadlines.


Dated:    New York, New York
          February 22, 2024


                    _____
                              DENISE COTE
                    United States District Judge