```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
DR. DOUGLAS SCHOTTENSTEIN, M.D.,          :
THOMPSON REAL ESTATE, LLC, and            :
SCHOTTENSTEIN PAIN AND NEURO, PLLC,       :       22cv1197 (DLC)
                                          :
                    Plaintiffs,           :       ORDER
                                          :
              -v-                         :
                                          :
DEREK LEE and PEARL CHAN,                 :
                    Defendants.           :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter of February 28, 2024, it is hereby

ORDERED that the Joint Pretrial Order must be filed by **March 8, 2024.** As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **March 28, 2024 at 10:00 AM** in Courtroom 18B, 500

Pearl Street.  Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines.

IT IS FURTHER ORDERED that the above-captioned matter is now scheduled for trial to begin on **April 15, 2024.**

Dated:    New York, New York
          February 29, 2024

```
              _____
                       DENISE COTE
              United States District Judge
```