# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. DOUGLAS SCHOTTENSTEIN, M.D.,
THOMPSON REAL ESTATE, LLC, and
SCHOTTENSTEIN PAIN AND NEURO, PLLC D/B/A
NY SPINE MEDICINE,

      Plaintiffs,

  -against-

DEREK LEE, PEARL CHAN and JOHN AND JANE
DOES 1-10,

      Defendants.
------------------------------------------------------------------X

**DEFENSE WITNESS LIST**

Index No.: **22-cv-01197 (DLC)**

  Defendants will elicit in-person testimony from the following witnesses during their case-in-chief[1]:

A. Expected Will Call Witnesses (Live)

  1. Dr. Douglas Schottenstein. Testimony will be elicited regarding the facts and circumstances surrounding his employment and interactions with the defendants, the facts underlying his allegations in this suit, and the facts underlying Defendants' counterclaims.

  2. Pearl Chan. Testimony will be elicited regarding the facts and circumstances surrounding her employment and interactions with Plaintiffs, the facts underlying Plaintiffs' allegations, and the facts underlying her counterclaims.

---

[1] Defendants reserve their right to call any witness listed by Plaintiff.

3. Derek Lee. Testimony will be elicited regarding the facts and circumstances surrounding his employment and interactions with Plaintiffs, the facts underlying Plaintiffs' allegations, and the facts underlying his counterclaims.

4. N.Y.P.D. Officer Hogan Philip (Tax#948574)(in person) Testimony to authenticate the criminal complaint he drafted on Plaintiff Schottenstein's behalf.

5. Representative from UnitedLex (in person) Testimony to help authenticate the data collection of Defendants' text message evidence.

6. David Chen (in person) Former employee at Plaintiff Schottenstein's medical practice. Testimony about the office dynamics and culture, the parties' roles in and out of the office, financial compensation mechanisms, Schottenstein's management style and interactions with employees, hostile work environment and Schottenstein's drug use.

7. Jenny Lee (in person) Former employee at Plaintiff Schottenstein's medical practice. Testimony about the office dynamics and culture, the parties' roles in and out of the office, financial compensation mechanisms, Schottenstein's management style and interactions with employees, hostile work environment, sexual harassment, and Schottenstein's drug use.

8. Abigael Camacho (in person) Former employee at Plaintiff Schottenstein's medical practice. Testimony about the office dynamics and culture, the parties' roles in and out of the office, financial compensation mechanisms, Schottenstein's management style and interactions with employees, hostile work environment, sexual harassment, and Schottenstein's drug use.

9. Kelly Lee (in person) Former employee at Plaintiff Schottenstein's medical practice. Testimony about the office dynamics and culture, the parties' roles in and out of the office, financial compensation mechanisms, Schottenstein's management style and interactions with employees, hostile work environment, sexual harassment, and Schottenstein's drug use.

10. Dr. Amanda Itzkoff (in person) Psychiatrist for Dr. Schottenstein. Treated Dr. Schottenstein for "complicated grief" from 2017-2020, the same time period as the instant case. According to a letter posted by Schottenstein on the docket in Elissa Harrison v. Schottenstein, 708951/2017 (Queens Sup. Ct.) (DCKT. 86) Schottenstein's treatment included "limiting work or delegating as much as possible." It also involved encouraging "office staff to assist the patient in minimizing his involvement in the day-to-day operation of his practice and utilizing his staff and colleagues to allow him to have a break from work." Sheds light on office culture, the nature and scope of Defendants' work duties which included making financial transactions on Schottenstein's behalf, and the parties' motives, states of mind, and credibility.

Defendants reserve the right to call additional witnesses for purposes of rebuttal and/or impeachment.

Dated: New York, NY
March 8, 2024

Respectfully submitted,

*Andrew L. Hoffman*
**ANDREW L. HOFFMAN, ESQ.**
**LAW OFFICE OF ANDREW L. HOFFMAN, P.C.**
420 Lexington Avenue, Ste. 300
New York, New York 10107
(646) 585-2838
ahoffman@andrewhoffmanlaw.com