# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. DOUGLAS SCHOTTENSTEIN, M.D.,
THOMPSON REAL ESTATE, LLC, and
SCHOTTENSTEIN PAIN AND NEURO, PLLC D/B/A
NY SPINE MEDICINE,

**DEFENSE EXHIBIT LIST**

        Plaintiffs,

Index No.: **22-cv-01197 (DLC)**

    -against-

DEREK LEE, PEARL CHAN and JOHN AND JANE
DOES 1-10,

        Defendants.
-----------------------------------------------------------------X

**Defendants' List of Exhibits Expected to be Offered in their Defense**

(* = no objection as to authenticity; ** = no objection on any ground)

| Exhibit Number | Description | * | ** |
|---|---|---|---|
| DX-1 | January 10, 2017 email from Cara Camden stating Douglas Schottenstein wants Pearl Chan added to his Citibank account | | ** |
| DX-2 | January 23, 2017 email from Pearl Chan confirming a wire transfer from Douglas Schottenstein's Chase business checking account to Thompson Real Estate's checking account | | ** |
| DX-3 | Affidavit of Jason Aaron McCollough of UnitedLex authenticating forensic extraction process of Derek Lee and Pearl Chan's phones | * | |
| DX-4 | Affidavit of Matthew Dwight Buser of UnitedLex authenticating redaction of reports generated from Derek Lee and Pearl Chan's phones | * | |
| DX-5 | September 22, 2017 text conversation between Douglas Schottenstein and Derek Lee including discriminatory abuse<br>- Lines 41248-41260 of LOJC-SCHO-00000001 | * | |
| DX-6 | May 11, 2018 text conversation between Douglas Schottenstein and Derek Lee about Schottenstein's Airbnb plans<br>- Lines 47092-47140 of LOJC-SCHO-00000001 | * | |
| DX-7 | May 26, 2018 text message from Douglas Schottenstein to Derek Lee and Pearl Chan telling Derek to check his email<br>- Line 22854 of LOJC-SCHO-00000001 | * | |
| DX-8 | June 2-3, 2018 text conversation between Douglas Schottenstein, Derek Lee, Pearl Chan, and Janny Chong about Heisel, + full text of line 22860<br>- Lines 22860-22985 (except redacted lines) of LOJC-SCHO-00000001 | * | |

| | | | |
|---|---|---|---|
| DX-9 | June 18, 2018 text conversation between Douglas Schottenstein, Derek Lee, and Pearl Chan about chocolates<br>- lines 9361-9367 of LOJC-SCHO-00000001<br>- contains Opposition to Summary Judgment Exhibit M | * | |
| DX-10 | June 19, 2018 text conversation between Douglas Schottenstein and Derek Lee about Airbnb<br>- lines 47663-47685 of LOJC-SCHO-00000001 | * | |
| DX-11 | June 24, 2018 text conversation between Douglas Schottenstein, Derek Lee, and Pearl Chan containing discriminatory threats and abuse<br>- lines 10420-10528 of LOJC-SCHO-00000001 | * | |
| DX-12 | August 21, 2018 text conversation between Douglas Schottenstein and Derek Lee containing threats and abuse<br>- lines 48000-48064 of LOJC-SCHO-00000001 | * | |
| DX-13 | September 16, 2018 text conversation between Douglas Schottenstein and Derek Lee containing threats and abuse<br>- lines 48820-48877 of LOJC-SCHO-00000001 | * | |
| DX-14 | October 31, 2018 text message from Douglas Schottenstein to Derek Lee about his 2019 salary<br>- line 17168 of LOJC-SCHO-0000001 | * | |
| DX-15 | October 31, 2018 text conversation between Douglas Schottenstein, Derek Lee, and Pearl Chan about their salaries, including threats and abuse<br>- line 17302-17450 of LOJC-SCHO-00000001<br>- contains Opposition to Summary Judgment Exhibit G | * | |
| DX-16 | November 4, 2018 text conversation between Douglas Schottenstein, Derek Lee, and Pearl Chan about their salaries<br>- lines 17560-17642 of LOJC-SCHO-00000001<br>- contains Opposition to Summary Judgment Exhibit F | * | |
| DX-17 | July 1, 2019 text conversation between Douglas Schottenstein and Pearl Chan about not paying her<br>- lines 3898-3915 of LOJC-SCHO-00003676 | * | |
| DX-18 | July 6, 2019 text conversation between Douglas Schottenstein and Pearl Chan about mortgage<br>- lines 5458-5465 of LOJC-SCHO-00003676 | | |
| DX-19 | July 12, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 6743-6745 of LOJC-SCHO-00003676 | | |
| DX-20 | July 20, 2019 text conversation between Douglas Schottenstein and Pearl Chan containing discriminatory abuse<br>- lines 8061-8225 of LOJC-SCHO-00003676 | * | |
| DX-21 | July 22, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 8735-8749 of LOJC-SCHO-00003676 | | |
| DX-22 | July 23, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 9512-9549 of LOJC-SCHO-00003676 | | |

| | | |
|---|---|---|
| DX-23 | July 25, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 10214-10226 of LOJC-SCHO-00003676 | |
| DX-24 | July 26, 2019 text conversation between Douglas Schottenstein and Pearl Chan including discriminatory abuse<br>- lines 10361-10402 of LOJC-SCHO-00003676 | * |
| DX-25 | July 26, 2019 text conversation between Douglas Schottenstein and Pearl Chan about Schottenstein getting a gun<br>- lines 10788-10809 of LOJC-SCHO-00003676 | * |
| DX-26 | July 27, 2019 semi-nude picture sent from Douglas Schottenstein to Pearl Chan<br>- line 11132 of LOJC-SCHO-00003676 | |
| DX-27 | July 29, 2019 text conversation between Douglas Schottenstein and Pearl Chan about "weed oil"<br>- lines 12234-12236 of LOJC-SCHO-00003676 | * |
| DX-28 | July 31, 2019 text message from Douglas Schottenstein to Pearl Chan about pay<br>- line 13404 of LOJC-SCHO-00003676 | |
| DX-29 | August 3, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 14561-14570 of LOJC-SCHO-00003676 | |
| DX-30 | August 8, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex, including abuse, + full text of line 15312<br>- lines 15307-15365 of LOJC-SCHO-00003676 | * |
| DX-31 | August 19, 2019 text conversation between Douglas Schottenstein and Pearl Chan containing discriminatory abuse<br>- lines 16921-16925 of LOJC-SCHO-00003676 | * |
| DX-32 | August 26, 2019 text message from Douglas Schottenstein to Pearl Chan containing discriminatory abuse<br>- line 17971 of LOJC-SCHO-00003676 | * |
| DX-33 | August 26, 2019 text message from Douglas Schottenstein to Pearl Chan containing threats and abuse<br>- line 18244 of LOJC-SCHO-00003676 | * |
| DX-34 | August 26, 2019 text message from Douglas Schottenstein to Pearl Chan containing threats, abuse, and reference to salary<br>- lines 18273-18274 of LOJC-SCHO-00003676 | * |
| DX-35 | August 26, 2019 text message from Douglas Schottenstein to Pearl Chan containing discriminatory abuse<br>- line 18306 of LOJC-SCHO-00003676 | * |
| DX-36 | August 26, 2019 text conversation between Douglas Schottenstein and Pearl Chan about reimbursement for business expenses<br>- lines 18452-18483 of LOJC-SCHO-00003676 | * |
| DX-37 | August 26, 2019 text message from Douglas Schottenstein to Pearl Chan stating if he owed her, he would pay her<br>- line 18620 of LOJC-SCHO-00003676 | |

| | | |
|---|---|---|
| DX-38 | August 27, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 19212-19213 of LOJC-SCHO-00003676 | |
| DX-39 | August 28, 2019 text conversation between Douglas Schottenstein, Pearl Chan, "Maria Q," and "Martha Y" about laundry, including threats and abuse<br>- lines 2283-2322 of LOJC-SCHO-00003676 | * |
| DX-40 | August 28, 2019 text conversation between Douglas Schottenstein and Pearl Chan containing discriminatory abuse<br>- lines 19845-19850 of LOJC-SCHO000003676 | * |
| DX-41 | September 2, 2019 text message from Douglas Schottenstein to Pearl Chan containing discriminatory abuse<br>- line 21083 of LOJC-SCHO-00003676 | * |
| DX-42 | September 4, 2019 picture sent from Douglas Schottenstein to Pearl Chan<br>- line 21922 of LOJC-SCHO-00003676 | |
| DX-43 | September 6, 2019 picture sent from Douglas Schottenstein to Pearl Chan<br>- line 22192 of LOJC-SCHO-00003676 | |
| DX-44 | September 27, 2019 text conversation between Douglas Schottenstein and Pearl Chan about "chocolates" and marijuana<br>- lines 25792-25800 of LOJC-SCHO-00003676 | * |
| DX-45 | October 14, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 1698-1699 of LOJC-SCHO-00003676 | |
| DX-46 | October 22, 2019 text conversation between Douglas Schottenstein and Pearl Chan threatening to not pay her, then partially retracting threats<br>- lines 29428-29507 of LOJC-SCHO-00003676 | * |
| DX-47 | November 2-3, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 31270-31284 of LOJC-SCHO-00003676 | |
| DX-48 | November 8, 2019 picture sent by Douglas Schottenstein to Pearl Chan<br>- line 31930 of LOJC-SCHO-00003676 | |
| DX-49 | November 17, 2019 text conversation between Douglas Schottenstein and Pearl Chan about cash withdrawals and containing abuse<br>- lines 32880-32985 of LOJC-SCHO-00003676<br>- contains Opposition to Summary Judgment Exhibit J | * |
| DX-50 | November 24, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 33569-33571 of LOJC-SCHO-00003676 | |
| DX-51 | November 27, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex, "weed pills"<br>- lines 34281-34298 of LOJC-SCHO-00003676 | * |
| DX-52 | November 29, 2019 text conversation between Douglas Schottenstein and Pearl Chan containing marijuana reference<br>- lines 34359-34360 of LOJC-SCHO-00003676 | * |
| DX-53 | December 6, 2019 text conversation between Douglas Schottenstein and Pearl Chan about pay and containing threats and abuse<br>- lines 35090-35134 of LOJC-SCHO-00003676 | * |

| | | |
|---|---|---|
| DX-54 | December 19, 2019 text conversation between Douglas Schottenstein and Pearl Chan about pay and containing threats and discriminatory abuse<br>- lines 36525-36602 of LOJC-SCHO-00003676 | * |
| DX-55 | December 26, 2019 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 37238-37241 of LOJC-SCHO-00003676 | |
| DX-56 | January 8, 2020 text conversation between Douglas Schottenstein and Pearl Chan, including threats and abuse<br>lines 38226-38248 of LOJC-SCHO-00003676 | * |
| DX-57 | January 19, 2020 text conversation between Douglas Schottenstein and Pearl Chan about flights<br>- lines 38736-38739 of LOJC-SCHO-00003676 | * |
| DX-58 | January 29, 2020 text conversation between Douglas Schottenstein and Pearl Chan containing discriminatory abuse and statement about pay<br>- lines 39351-39363 of LOJC-SCHO-00003676 | * |
| DX-59 | February 3, 2020 picture sent by Douglas Schottenstein to Pearl Chan<br>- line 40304 of LOJC-SCHO-00003676 | |
| DX-60 | February 6, 2020 email from Douglas Schottenstein to Rruffin@msgrb.com<br>- Opposition to Summary Judgment Exhibit K | * |
| DX-61 | February 10, 2020 email from Douglas Schottenstein to Rruffin@msgrb.com | * |
| DX-62 | February 28, 2020 text conversation between Douglas Schottenstein and Pearl Chan containing discriminatory abuse<br>- Lines 42358-42375 of LOJC-SCHO-00003676 | * |
| DX-63 | March 23, 2020 text conversation between Douglas Schottenstein and Pearl Chan about using Amex<br>- lines 44433-44437 of LOJC-SCHO-00003676 | |
| DX-64 | March 30, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Amex and other account balances<br>- lines 45004-45014 of LOJC-SCHO-00003676 | |
| DX-65 | April 12, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Chase, Amex, and Pearl ordering food for him, including pictures of Schottenstein's Chase card<br>- lines 46733-46757 of LOJC-SCHO-00003676 | * |
| DX-66 | April 22, 2020 text conversation between Douglas Schottenstein and Pearl Chan about "weed pills"<br>- lines 47573-47575 of LOJC-SCHO-00003676 | * |
| DX-67 | April 26, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Gibraltar account balance<br>- lines 48118-48145 of LOJC-SCHO-00003676 | * |
| DX-68 | May 12, 2020 text conversation between Douglas Schottenstein and Pearl Chan containing threats and abuse<br>- lines 105-690 of LOJC-SCHO-00003676 | * |
| DX-69 | May 14, 2020 text conversation between Douglas Schottenstein and Pearl Chan about cannabis edibles<br>- lines 49258-49264 of LOJC-SCHO-00003676 | * |

| | | |
|---|---|---|
| DX-70 | May 15, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Chase account<br>- lines 49327-49328 of LOJC-SCHO-00003676 | * |
| DX-71 | May 19, 2020 text conversation between Douglas Schottenstein and Pearl Chan about "weed pills"<br>- lines 49586-49588 of LOJC-SCHO-00003676 | * |
| DX-72 | May 19, 2020 text conversation between Douglas Schottenstein and Pearl Chan about weed vials, including picture of Douglas Schottenstein using a marijuana vape pen<br>- lines 49636-49642 of LOJC-SCHO-00003676 | * |
| DX-73 | June 25, 2020 picture sent from Douglas Schottenstein to Pearl Chan<br>- line 51691 of LOJC-SCHO-00003676 | |
| DX-74 | June 26, 2020 picture sent from Douglas Schottenstein to Pearl Chan<br>- line 51828 of LOJC-SCHO-00003676 | |
| DX-75 | July 2, 2020 picture sent from Douglas Schottenstein to Pearl Chan<br>- line 52178 of LOJC-SCHO-00003676 | |
| DX-76 | July 3, 2020 text conversation between Douglas Schottenstein and Pearl Chan about checking Amex<br>- line 52213 of LOJC-SCHO-00003676 | |
| DX-77 | July 9, 2020 text conversation between Douglas Schottenstein and Pearl Chan about "weed pills" and picture sent by Schottenstein to Pearl Chan<br>- lines 52443-52449 of LOJC-SCHO-00003676 | * |
| DX-78 | August 20, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Amex<br>- lines 54518-54521 of LOJC-SCHO-00003676 | |
| DX-79 | September 14, 2020 text conversation between Douglas Schottenstein and Pearl Chan about "weed pills"<br>- lines 55851-55852 of LOJC-SCHO-00003676 | * |
| DX-80 | October 2, 2020 text conversation between Douglas Schottenstein and Pearl Chan about "weed pills" of LOJC-SCHO-00003676<br>- lines 57783-57785 of LOJC-SCHO-00003676 | * |
| DX-81 | October 2020 Chase bank statement showing payment of a HIPAA penalty by Derek Lee<br>- DEF00229-00248<br>- Opposition to Summary Judgment Exhibit I | |
| DX-82 | November 6, 2020 text conversation between Douglas Schottenstein and Pearl Chan about edibles<br>- Lines 60541-60546 of LOJC-SCHO-00003676 | * |
| DX-83 | Records from November 7, 2020 visit by Douglas Schottenstein's Miniature Pinscher Ronny to BluePearl Emergency Pet Hospital<br>- LOJC-SCHO-00003677-3757 | |
| DX-84 | November 7-8, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Ronny's hospitalization<br>- Lines 60580-60735 of LOJC-SCHO-00003676 | * |

| | | |
|---|---|---|
| DX-85 | November 8, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Ronny's hospitalization<br>- Lines 60795-60806 of LOJC-SCHO-00003676 | * |
| DX-86 | November 8, 2020 text conversation between Douglas Schottenstein and Pearl Chan about Ronny's hospitalization<br>- Lines 60856-60876 of LOJC-SCHO-00003676 | * |
| DX-87 | November 20, 2020 text conversation between Douglas Schottenstein and Pearl Chan about reimbursing Pearl<br>- Lines 62431-62438 of LOJC-SCHO-00003676 | * |
| DX-88 | November 25, 2020 complaint in SDNY case 20-cv-09961-AJN (Schottenstein v. ASPCA et al) | |
| DX-89 | February 10, 2021 police report by Douglas Schottenstein | * |
| DX-90 | May 27, 2021 letter from Amanda Itzkoff, MD | |

Dated: New York, NY
March 6, 2024

Respectfully submitted,

*Andrew L. Hoffman*

**ANDREW L. HOFFMAN, ESQ.**
**LAW OFFICE OF ANDREW L. HOFFMAN, P.C.**
420 Lexington Avenue, Ste. 300
New York, New York 10107
(646) 585-2838
ahoffman@andrewhoffmanlaw.com