UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:
DR. DOUGLAS SCHOTTENSTEIN, M.D., :
THOMPSON REAL ESTATE, LLC, and :
SCHOTTENSTEIN PAIN AND NEURO, PLLC, :     22cv1197 (DLC)
:
              Plaintiffs,          :        ORDER
:
        -v-                        :
:
DEREK LEE and PEARL CHAN,          :
              Defendants.          :
:
------------------------------------- X

DENISE COTE, District Judge:

   Having received the defendants' letter of March 15, 2024, it is hereby

   ORDERED that any papers in opposition to pre-trial filings must be filed by **March 29, 2024**.

   IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **April 4, 2024 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.  Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines.

   IT IS FURTHER ORDERED that the above-captioned matter remains scheduled for trial to begin on **April 15, 2024**.

Dated:   New York, New York
         March 15, 2024

                                   _____
                                         DENISE COTE
                                   United States District Judge